```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

ANTHONY TROY LOCKETT,            §
    Petitioner,                  §
VS.                              §   CIVIL ACTION NO.4:05-CV-760-Y
                                 §
DOUGLAS DRETKE, DIRECTOR,        §
T.D.C.J., Correctional           §
Institutions Div.,               §
    Respondent.                  §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Anthony Troy Lockett under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on December 6, 2005; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on December 23, 2005.

The Court, after *de novo* review, finds and determines that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Lockett's Petition for Writ of Habeas Corpus is hereby DISMISSED WITHOUT PREJUDICE to his right to file a motion in

the United States Court of Appeals for the Fifth Circuit for leave to file a successive petition.

    SIGNED January 4, 2006.

                                            /s/ Terry R. Means  
                                            TERRY R. MEANS  
                                            UNITED STATES DISTRICT JUDGE